NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PROMOS TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

———————————

2018-2067

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00037.

———————————

## JUDGMENT

———————————

CRAIG R. KAUFMAN, TechKnowledge Law Group LLP, Redwood City, CA, argued for appellant. Also represented by JERRY CHEN.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for appellee. Also represented by PAUL ANDERSON, CHETAN BANSAL, STEPHEN BLAKE KINNAIRD, JOSEPH PALYS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 6, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court